**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MAURICE GREEN,
ADC #127796                                                                          PLAINTIFF

v.                                          2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                                          DEFENDANTS

<u>**ORDER**</u>

By Order dated May 17, 2013, this Court directed the issuance of summons and service of

Plaintiff's Amended Complaint on Defendants (Doc. No. 8).  Summons was returned, unexecuted,

with respect to Defendant Harder on June 24, 2013 (Doc. No. 11).  Included with the return and filed

under seal is a memo containing Defendant Harder's (now identified as Shanta Hardy) last-known

address.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the

Defendant Shanta Hardy, and the United States Marshal is hereby directed to serve a copy of the

summons and Amended Complaint (Doc. No. 6) on Defendant at the address provided under seal,

without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of June, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1