**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MAURICE GREEN,
ADC #127796                                                                        PLAINTIFF

v.                            2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                          DEFENDANTS

**ORDER**

       By Order dated May 17, 2013, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 8). Summons was returned, unexecuted, with respect to Defendant Harder on June 24, 2013 (Doc. No. 11). Included with the return and filed under seal is a memo containing Defendant Harder's (now identified as Shanta Hardy) last-known address. Accordingly,

       IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Shanta Hardy, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 6) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

       IT IS SO ORDERED this 26th day of June, 2013.

                                                                                             JEROME T. KEARNEY
                                                                                 UNITED STATES MAGISTRATE JUDGE