**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MAURICE GREEN,
ADC #127796                                                                                                              PLAINTIFF

v.                                          2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                                    DEFENDANTS

**ORDER**

Summons which was returned, unexecuted, for Defendant Harder on June 24, 2013, supplied her correct name as Shanta Hardy (Doc. No. 11). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 27th day of June, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE