### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

MAURICE GREEN,                                                                                      PLAINTIFF
ADC #127796

v.                                       2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                                                           DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Shanta Hardy be DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 1st day of October, 2013.


                                              /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE