# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MAURICE GREEN,                                                                                    PLAINTIFF
ADC #127796

v.                                    2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1)   Defendants' Motion for Summary Judgment (Doc. No. 28) be GRANTED.

2)   Plaintiff's allegations against Defendant Mean be DISMISSED without prejudice.

3)   Plaintiff's allegations against Defendants Ball, Dawson, and Petty, be DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of July, 2014.

                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE

1