**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MAURICE GREEN,                                                                                      PLAINTIFF
ADC #127796

v.                                    2:13CV00050-SWW-JTK

CONNIE DAWSON, et al.                                                                           DEFENDANTS

## ORDER

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

IT IS SO ADJUDGED this 8th day of July, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE